

# Lee County Clerk - Court Records Search

## 23-CA-005202 : Jolloff, Timothy Plaintiff vs Regional Enterprises LLC, aka Regional Enterprises of MS LLC Defendant

| | | | |
|---|---|---|---|
| Case Type: | CA Contracts and Indebtedness | Date Filed: | 03/28/2023 |
| Location: | Div I | UCN: | 362023CA005202A001CH |
| Judge: | Joseph C Fuller | Status: | Filed |
| Citation Number: | CA Contracts and Indebtedness | Appear By Date: | |

### Parties

| Name | DOB | Attorney | Atty Phone |
|---|---|---|---|
| Timothy Jolloff | | | |
| Regional Enterprises LLC | | | |

### Charge Details

| Offense Date | Charge | Plea | Arrest | Disposition |
|---|---|---|---|---|

### Docket Events

| Date | Description | Docket Number | Pages |
|---|---|---|---|
| 03/28/2023 | UCR Case Initiation | 1 | |
| 03/28/2023 | Civil Cover Sheet | 2 | 3 |
| 03/28/2023 | Complaint | 3 | 13 |
| 03/28/2023 | Summons Submitted for Issuance - New Case<br />unable to issue missing aka/dba | 4 | 3 |
| 03/28/2023 | Request for Production | 5 | 4 |
| 04/14/2023 | Standing Order in Circuit Civil Cases | 6 | 2 |
| 04/26/2023 | Summons Submitted for Issuance - Existing Case<br />Issued | 7 | 3 |
| 05/12/2023 | Return of Service on Summons Served | 8 | 6 |

### Hearings

| Date | Time | Hearing | Location |
|---|---|---|---|

### Financial

| Date | Description | Payer | Amount |
|---|---|---|---|
| 03/28/2023 | Charge | Timothy Jolloff | 410.00 |
| 03/28/2023 | Payment | Timothy Jolloff | 410.00 |
| 04/26/2023 | Charge | Timothy Jolloff | 10.00 |
| 04/26/2023 | Payment | Timothy Jolloff | 10.00 |
| | | Balance Due: | 0.00 |

### Bonds

| Description | Status Date | Bond Status | Amount |
|---|---|---|---|

| Warrants | | | | | | |
|---|---|---|---|---|---|---|
| Number | Status Description | Issue Date | Service Date | Recall Date | Expiration Date | Warrant Type |