IN THE CIRCUIT COURT FOR THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR LEE COUNTY, FLORIDA

TIMOTHY JOLLOFF,

    Plaintiff,

vs.                                        Case No.

REGIONAL ENTERPRISES, LLC, a/k/a
REGIONAL ENTERPRISES OF MS, LLC,
d/b/a REGIONAL HOMES OF FT. MYERS,

    Defendant.

_____/

## PLAINTIFF'S FIRST REQUEST FOR PRODUCTION

Pursuant to Rule 1.350 of the Florida Rules of Civil Procedure, Plaintiff, TIMOTHY JOLLOFF ("Plaintiff"), serves this First Request for Production of Documents on Defendant, REGIONAL ENTERPRISES, LLC, a/k/a. REGIONAL ENTERPRISES OF MS, LLC d/b/a REGIONAL HOMES OF FT. MYERS ("Defendant"). Per Fla. R. Civ. P. 1.350(a), Plaintiff requests that Defendant produce for inspection and copying the following:

### DOCUMENTS AND ELECTRONICALLY STORED INFORMATION TO BE PRODUCED

1.     For every customer identified on **Exhibit A** produce the following:

    A. The complete sales file

    B. A copy of any contract

    C. All invoices or estimates

    D. Each bill of sale

    E. Any documents showing orders, freight or delivery information for the customer

    F. Correspondence with the customer

    G. Email communications between any customer on Exhibit A and any representative of the company

    H. Documents or electronically stored information showing any payments received by the customer

2. With respect to the Plaintiff Tim Jolloff, produce the following:

    A. Plaintiff's personnel file as maintained in the ordinary course of business

    B. All contracts or agreements with Plaintiff

    C. Email correspondence with Plaintiff between November 1, 2022, through January through January 19, 2023

    D. Email correspondence sent to or received from Neil Godfrey between November 1, 2022, and January 19, 2023, which mention, discuss, or refer to the Plaintiff

    E. Email correspondence sent to or received from Heath Jenkins between November 1, 2022 and January 19, 2023 which mention, discuss or refer to the Plaintiff

3. Produce a summary of Plaintiff's pay history containing the date of payment.

4. Produce a copy of any spreadsheets, reports or other records which show calculation of commissions for sales involving Fort Myers or Punta Gorda customers between January 1, 2023, to date.

5. Produce a copy of the balance sheet for Fort Myers or Punta Gorda locations to date.

6. Produce a copy of a detailed profit and loss statement as of January 1, 2023, January 19, 2023, and to date for the Fort Myers and Punta Gorda locations.

Dated: March 28, 2023

        Respectfully submitted,

        /s/ Adam C.R. Heisner
        Jason L. Gunter
        Fla. Bar No. 0134694
        Email: Jason@GunterFirm.com
        Conor P. Foley
        Fla. Bar No. 111977
        Email: Conor@GunterFirm.com
        Adam C.R. Heisner
        Fla. Bar No. 124727
        Email: Adam@GunterFirm.com

        **GUNTERFIRM**
        1514 Broadway, Suite 101
        Fort Myers, FL 33901
        Tel: 239.334.7017

## CERTIFICATE OF SERVICE

     I certify that on March 28, 2023 a copy of this document was served by Electronic Mail via the Florida Court's E-filing Portal and was also served with a copy of the Complaint.

        /s/ Adam C.R. Heisner
        Adam C.R. Heisner

## Exhibit A

1. Charles Dunbar
2. Dave Sutton
3. Randy Rogers
4. Candy Anderson
5. Mary Ann Iacona
6. Eva Mascoli
7. Dave Prince
8. Bill Preston
9. Carol Syfert
10. Mike Pehl
11. Gary Carter
12. Vicki Koledcki
13. Jackie Forbes
14. Cynthia Hynote
15. Dave Brown
16. Diane Ryan
17. Rob Henne
18. Shirley Evans
19. Robin Trevison
20. Bill Michaels
21. Joanne
22. Butch Champers
23. Newton
24. Dave Yurgelitis
25. Martha Shaw
26. Dale Martin
27. Kevin Brown
28. Carol Varney
29. Jay Kline
30. Patti And Parents
31. Tom Mazza
32. Marlene Phoeski
33. Mary Ellen Capoccino
34. Michele Haskins
35. Sheryl Larkins
36. Rod Griffis
37. Peggy Proto
38. Paul Wock
39. Diane Barber
40. Carl Denzler
41. Cory Shilling
42. Glen Mcleod
43. Greg Lazarev
44. Harlan Woolan
45. Linda Beesley
46. Rhonda Puzey
47. Richard Wescom
48. Van Dyke
49. Carol Ferns
50. Richard Colling
51. Richard Lux
52. Bruce Bashaw