IN THE CIRCUIT COURT FOR THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR LEE COUNTY, FLORIDA

| | |
|---|---|
| TIMOTHY JOLLOFF,<br><br>    Plaintiff,<br><br>vs.<br><br>REGIONAL ENTERPRISES, LLC a/k/a REGIONAL ENTERPRISES OF MS, LLC, d/b/a REGIONAL HOMES OF FT. MYERS,<br><br>    Defendants. | Case No.: |

**SUMMONS**
**IMPORTANT**

THE STATE OF FLORIDA:

TO EACH SHERIFF OF THE STATE AND/OR EACH CERTIFIED PROCESS SERVER:

    You are commanded to serve this Summons, Civil Cover Sheet, Standing Order, Plaintiff's First Request for Production, and a copy of the Complaint in this lawsuit on the above-named Defendant.

        **TO**:                REGIONAL ENTERPRISES, LLC

        **BY SERVING:**    Neil Godfrey, Registered Agent
                                      1200 South Pine Island Road
                                      Plantation, FL 33324

**A lawsuit has been filed against you. You have twenty (20) calendar days after this Summons is served on you to file a written response to the attached Complaint in this Court. A phone call will not protect you. If you want the Court to hear your case, your written response, including the above case number and named parties, must be filed with the Clerk of this Court, located at:**

Lee County Clerk of the Circuit Court
2075 Dr. Martin Luther King Jr. Blvd., Fort Myers, FL 33901
~or mail to~
Lee County Clerk of the Circuit Court
P.O. Box 310, Fort Myers, FL 33902

If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a carbon copy or photocopy of your written response to the "Plaintiff's Attorney" named below.

PLAINTIFF'S ATTORNEY:   /s/   Jason L. Gunter, Esq.
Jason L. Gunter
Fla. Bar No. 0134694
Conor P. Foley
Fla. Bar No. 111977
Adam C.R. Heisner
Fla. Bar No. 124727

**GUNTERFIRM**
1514 Broadway, Suite 101
Fort Myers, FL 33901
Phone:  (239) 334–7017
Fax:       (239) 236–8008
Email:    Jason@GunterFirm.com
Email:    Conor@GunterFirm.com
Email:    Adam@GunterFirm.com

Dated on _____

Kevin C. Karnes, Lee County Clerk of Circuit Court

By: _____
As Deputy Clerk

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR LEE COUNTY, FLORIDA
CIVIL ACTION

### IMPORTANTE

Usted ha sido demandado legalmente. Tiene (20) días, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Localizado en:

Lee County Clerk of the Circuit Court
2075 Dr. Martin Luther King Jr. Blvd., Fort Myers, FL 33901

~or mail to~

Lee County Clerk of the Circuit Court
P.O. Box 310, Fort Myers, FL 33902

Una llamada telefónica no lo protegerá.  Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el número del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podría ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guía telefónica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presente su respuesta ante el tribunal, deberá usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "plaintiff or plaintiff's attorney" (demando o abogado del demandante).

Copias de todos los documentos judiciales de este caso, incluyendo las órdenes, están disponibles en la oficina del Secretario de Juzgado del Circuito [Clerk of the Circuit Court's office]. Estos documentos pueden ser revisados a su solicitud.

Usted debe de mantener informada a la oficina del Secretario de Juzgado del Circuito de su dirección actual.