## DECLARATION OF NEIL GODFREY

I, Neil Godfrey, make the following declaration under penalty of perjury pursuant to the laws of the United States:

1.     My name is Neil Godfrey. I am a CPA and hold the position of Chief Operating Officer of Regional Enterprises, LLC. I also am an officer of Regional Holdings Corp., holding the position of Chief Operating Officer. I am personally aware of the corporate structure and ownership of Regional Enterprises, LLC and Regional Holdings Corp., and have personal knowledge of the information contained in this Declaration.

2.     Regional Holdings Corp. is the sole member of Regional Enterprises, LLC. Regional Holdings Corp. is incorporated in the state of Mississippi, and its principal place of business is Mississippi. Its corporate headquarters are in Flowood, Mississippi. Its officers are located in Flowood, Mississippi, and Mississippi serves as the nerve center of Regional Holdings Corp. inasmuch as the officers direct, control, and coordinate Regional Holdings Corp's activities from Mississippi.

3.     Regional Enterprises of MS, LLC is merely a fictitious name of Regional Enterprises, LLC, adopted by Regional Enterprises, LLC for the sole purpose of doing business in Florida because the name Regional Enterprises, LLC was not available to register with the Florida Secretary of State. It is not a separate

1

legal entity from Regional Enterprises, LLC.

4.  Although the Mississippi Secretary of State filings show Heath Jenkins as a member of Regional Enterprises, LLC, he has not been a member since 2017, when all of his interest in Regional Enterprises, LLC was transferred to Regional Holdings Corp. However, even if he were a member of the Regional Enterprises, LLC, Heath Jenkins is domiciled in Mississippi.

I have read this Declaration and swear under penalty of perjury that the foregoing facts are based on my personal knowledge, and are true and correct to the best of my knowledge, information and belief.

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on May 30, 2023.

_____
Neil Godfrey