UNITED STATES DISTRICT COURT
MIDDLE DISTRICT FLORIDA
FORT MYERS DIVISION

TIMOTHY JOLLOFF,

    Plaintiff,

vs.                                          Case No.: 2:23-cv-385-JES-NPM

REGIONAL ENTERPRISES, LLC,

    Defendant.
_____/

### **RULE 7.1 AND LOCAL RULE 3.03 DISCLOSURE STATEMENT**

    Plaintiff, TIMOTHY JOLLOFF, by and through his undersigned counsel, hereby files their Certificate of Interested Persons pursuant to Rule 7.1 and Local Rule 3.03

    1.    Each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

    Timothy Jolloff, Plaintiff

    Jason L. Gunter, Esq., Counsel for Plaintiff

    Conor P. Foley, Esq., Counsel for Plaintiff

    GunterFirm, Counsel for Plaintiff

    Regional Enterprises, LLC, Defendant

Scott E. Atwood, Esq. Counsel for Defendant

Henderson, Franklin, Starnes & Holt, P.A., Counsel for Defendant

2. Each entity with publicly traded shares or debt potentially affected by the outcome:

None known.

3. Each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditor's committee:

None known.

4. Each person arguably eligible for restitution:

Timothy Jolloff, Plaintiff

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated: June 6, 2023

Respectfully submitted,

/s/ Jason L. Gunter
Jason L. Gunter
Fla. Bar No. 0134694
Email: Jason@GunterFirm.com
Conor P. Foley
Fla. Bar No. 111977
Email: Conor@GunterFirm.com
Adam C. R. Heisner
Fla. Bar No. 124727
Email: Adam@GunterFirm.com

**GUNTERFIRM**
1514 Broadway, Suite 101
Fort Myers, FL 33901
Tel: 239.334.7017