UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TIMOTHY JOLLOFF,

    Plaintiff,

vs.        Case No. 2:23-cv-00385-JLB-NPM

REGIONAL ENTERPRISES, LLC a/k/a
REGIONAL ENTERPRISES OF MS, LLC
d/b/a REGIONAL HOMES OF FORT MYERS,

    Defendants.

_____/

**JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate to voluntarily dismiss this action without prejudice. Each party shall bear their own fees and costs.

Dated: June 27, 2023

| /s/ Jason L. Gunter | /s/ Scott E. Atwood |
|---|---|
| Jason L. Gunter | Scott E. Atwood |
| Fla. Bar No. 0134694 | Fla. Bar No. 60331 |
| Email: Jason@GunterFirm.com | Email: scott.atwood@henlaw.com |
| Conor P. Foley | |
| Fla. Bar No. 111977 | **HENDERSON, FRANKLIN,** |
| Email: Conor@GunterFirm.com | **STARNES & HOLT, P.A.** |
| | 1715 Monroe Street |
| **GUNTERFIRM** | Fort Myers, FL 33901 |
| 1514 Broadway, Suite 101 | Tel. (239) 344-1571 |
| Fort Myers, FL 33901 | |
| Tel. (239) 334-7017 | *Counsel for Defendant* |
| | |
| *Counsel for Plaintiff* | |